UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DONN EDWIN COTTOM,

        Plaintiff,

    v.

FCA US LLC, a Delaware
Corporation; YPD ALHAMBRA
CDJR, LLC d/b/a Alhambra
Chrysler Dodge Jeep Ram;
and DOES 2 through 25,
inclusive,

        Defendants.

CV 21-01983-RSWL-ADS x

**ORDER TO SHOW CAUSE RE:
SUBJECT MATTER
JURISDICTION**

    Plaintiff Donn Edwin Cottom brings this Action against Defendants FCA US, LLC ("FCA") and YPD Alhambra CDJR, LLC d/b/a Alhambra CDJR ("Alhambra CDJR") (collectively, "Defendants") for alleged violations of the Song-Beverly Consumer Warranty Act.  On March 3, 2021, FCA, with the consent of Alhambra CDJR, removed the Action from the California Superior Court for the County of Los Angeles to this Court.

1

In its Notice of Removal, FCA avers that the amount in controversy exceeds $75,000 based on the purchase price of the subject vehicle and civil penalties sought by Plaintiff.  See Notice of Removal 7:12-15, ECF No. 1. With respect to civil penalties, however, FCA states only that "Plaintiff is seeking a civil penalty in the amount of two times Plaintiff's actual damages."  Id. at 6:18-19.  Because FCA offers no support for including the civil penalty in the calculation of the amount in controversy, FCA has not carried its burden to establish removal jurisdiction.  See D'Amico v. Ford Motor Co., No. CV 20-2985-CJC (JCx), 2020 WL 2614610, at *3 (C.D. Cal. May 21, 2020) (stating that "courts do not simply assume that a civil penalty will be awarded, and the removal statute is strictly construed against removal jurisdiction"); see also Castillo v. FCA USA, LLC, No. 19-CV-151-CAB-MDD, 2019 WL 6607006, at *2 (S.D. Cal. Dec. 5, 2019) ("The civil penalty under California Civil Code § 1794(c) cannot simply be assumed.").

Based on the foregoing, the Court **ORDERS** Defendants to show, in writing, on or before June 25, 2021, why the amount in controversy exceeds $75,000.  The Action will otherwise be remanded.

**IT IS SO ORDERED.**

DATED: June 14, 2021

/s/ Ronald S.W. Lew
_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge