**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONN EDWIN COTTOM,<br><br>   Plaintiff,<br><br>  v.<br><br>FCA US LLC, a Delaware Corporation; YPD ALHAMBRA CDJR, LLC d/b/a Alhambra Chrysler Dodge Jeep Ram; and DOES 2 through 25, inclusive,<br><br>   Defendants. | CV 21-01983-RSWL-ADSx<br><br>**ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT, COUNTY OF LOS ANGELES** |

  On June 14, 2021, the Court ordered Defendants FCA US LLC ("FCA") and YPD Alhambra CDJR, LLC d/b/a Alhambra CDJR ("Alhambra CDJR") (collectively, "Defendants") to show cause [14] why the Action should not be remanded to state court for a lack of subject matter jurisdiction. Specifically, the Court expressed concern over the Defendants' ability to establish that the amount in controversy exceeds $75,000. Defendants filed their

1

1 | response [15] on June 25.
2 |     In their Notice of Removal, Defendants aver that
3 | the amount in controversy exceeds $75,000 based on the
4 | purchase price of the subject vehicle and civil
5 | penalties sought by Plaintiff.  <u>See</u> Notice of Removal
6 | 7:12-15, ECF No. 1.  Defendants argue that the civil
7 | penalty should be part of the present calculus because
8 | Plaintiff's Complaint and initial disclosures include
9 | civil penalties totaling $64,101.04.  However, courts in
10 | the Ninth Circuit have consistently required defendants
11 | to show by a preponderance of the evidence that a civil
12 | penalty will be awarded.  <u>See, e.g.</u>, <u>D'Amico v. Ford
13 | Motor Co.</u>, No. CV 20-2985-CJC (JCx), 2020 WL 2614610, at
14 | *3 (C.D. Cal. May 21, 2020) ("Courts do not simply
15 | assume that a civil penalty will be awarded, and the
16 | removal statute is strictly construed against removal
17 | jurisdiction."); <u>Barrett v. FCA US LLC</u>, No. SA CV 21-
18 | 00243-DOC-DFMx, 2021 WL 1263838, at *4 (declining to
19 | include defendant's estimate of speculative civil
20 | penalties to meet the amount in controversy
21 | requirement); <u>Castillo v. FCA USA, LLC</u>, No. 19-CV-151-
22 | CAB-MDD, 2019 WL 6607006, at *2 (S.D. Cal. Dec. 5, 2019)
23 | (excluding the civil penalty due to defendant's failure
24 | to provide analogous cases showing that it is more
25 | likely than not that civil penalties will be awarded).
26 |     Defendants point to no case law or evidence
27 | suggesting that a civil penalty is more likely than not.
28 | For that reason, Defendants have not carried their

burden to establish removal jurisdiction.  See <u>D'Amico v. Ford Motor Co.</u>, No. CV 20-2985-CJC (JCx), 2020 WL 2614610, at *3 (C.D. Cal. May 21, 2020) (stating that "courts do not simply assume that a civil penalty will be awarded, and the removal statute is strictly construed against removal jurisdiction"); see also <u>Castillo v. FCA USA, LLC</u>, No. 19-CV-151-CAB-MDD, 2019 WL 6607006, at *2 (S.D. Cal. Dec. 5, 2019) ("The civil penalty under California Civil Code § 1794(c) cannot simply be assumed.").

Based on the foregoing, the Court **REMANDS** the Action to the Superior Court of California, County of Los Angeles.

**IT IS SO ORDERED.**

DATED: July 20, 2021            /s/ Ronald S.W. Lew
                    **HONORABLE RONALD S.W. LEW**
                    Senior U.S. District Judge